**E-filed 3/1/07**

1  GARY R. GLEASON, ESQ. (SB# 136167)
   MARGARET A. BURTON, ESQ. (SB# 193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, CA 94402-3518
4  Telephone: (650) 554-6200
   Facsimile:  (650) 554-6240
5

6  Attorneys for Plaintiffs
   MARVELL TECHNOLOGY GROUP LTD.
7  and MARVELL INTERNATIONAL LTD.

8

9                 UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARVELL TECHNOLOGY GROUP LTD. and MARVELL INTERNATIONAL LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>FRED BERRY, <br><br>Defendant. | CASE NO. C 06-07188-JF <br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br>Complaint Filed: 11/20/2006 |

    WHEREAS the Court has set an Initial Case Management Conference in this matter for Friday, March 2, 2007 at 10:30 a.m. in Courtroom 3, before the Honorable Jeremy Fogel; and

    WHEREAS Plaintiff, Defendant and a third party have decided to mediate this case in order to attempt to proceed further with active litigation; and

    WHEREAS a mediation has been scheduled for March 15, 2007 at 10:00 a..m. in front of the Honorable James Smith (Ret.) in Orange, California; and

    WHEREAS the parties are attempting to conserve the resources of their clients and the Court; and

    WHEREAS the parties have not requested any previous continuance of the Initial Case Management Conference; and

1  WHEREAS the parties have agreed to continue the Initial Case Management
2  Conference to a date agreeable to all parties, i.e., Friday, April 20, 2007 at 10:30 a.m.,
3  which follows the schedule of the Court herein.
4
5  IT IS HEREBY STIPULATED as follows:
6  1.  That subject to the approval of the Court, the parties agree to continue
7  the Initial Case Management Conference to Friday, April 20, 2007 at 10:30 a.m. at the
8  Northern District, San Jose Division of the United States District Court located at
9  280 South First Street, San Jose, California; and
10  2.  That subject to the approval of the Court, the parties agree to continue the
11  date for filing of the Case Management Statement and Rule 26(f) Report. Said statement
12  and report will now be filed no later than April 13, 2007.
13
14  **SO STIPULATED:**
15  DATED: 2-26-07                     Respectfully submitted,
16
17                                     By /s/ Gary R. Gleason
18                                     GARY R. GLEASON
                                       FARBSTEIN & BLACKMAN, APC
                                       *Attorneys for Plaintiffs*
19                                     MARVELL TECHNOLOGY GROUP LTD.
                                       and MARVELL INTERNATIONAL LTD.
20
21  DATED: 2-24-07                     Respectfully submitted,
22
23                                     By /s/ Don D. Sessions
24                                     DON D. SESSIONS
                                       SESSIONS & KIMBALL LLP
                                       *Attorneys for Defendant*
25                                     FRED BERRY
26  **SO ORDERED:**
27  DATED: 3/1/07
28                                     JEREMY FOGEL
                                       UNITED STATES DISTRICT JUDGE

2