**E-filed 5/10/07**

1  GARY R. GLEASON, ESQ. (SB# 136167)
   MARGARET A. BURTON, ESQ. (SB# 193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, CA 94402-3518
4  Telephone: (650) 554-6200
   Facsimile:  (650) 554-6240
5

6  Attorneys for Plaintiffs
   MARVELL TECHNOLOGY GROUP LTD.
7  and MARVELL INTERNATIONAL LTD.

8

9             UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11 | MARVELL TECHNOLOGY GROUP LTD.     ) CASE NO. C 06-07188-JF
   | and MARVELL INTERNATIONAL LTD.,   )
12 |                                   )
   |         Plaintiffs,               ) **STIPULATION AND ORDER RE**
13 |                                   ) **DISMISSAL**
   | vs.                               )
14 |                                   )
   | FRED BERRY,                       )
15 |                                   )
   |         Defendant.                ) Complaint Filed: 11/20/2006
16 |_____)

1    IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to FRCP 41 (a) (1), with each side to bear its own costs, and with the
4  Court to maintain jurisdiction to enforce the compromise agreement.

7  DATED: 5·3·07    By _____
                         GARY R. GLEASON
8                        FARBSTEIN & BLACKMAN, APC
                         *Attorneys for Plaintiffs*
9                        MARVELL TECHNOLOGY GROUP LTD.
                         and MARVELL INTERNATIONAL LTD.

13  DATED: 5-3-07    By _____
                         DON D. SESSIONS
14                       SESSIONS & KIMBALL LLP
                         *Attorneys for Defendant*
15                       FRED BERRY

21  IT IS SO ORDERED:

23  DATED: 5/10/07    _____
                         JEREMY FOGEL
24                       Judge, United States District Court

---

STIPULATION AND ORDER RE DISMISSAL